No. 63435.—Naftone, Inc. v. United States, protests 326514–K and 326515–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of Zusatzmittel VM (Additive A–7), which product is not obtained from any oil, fat, or fatty acid, but is sulphonated castor oil, the claims of the plaintiff were sustained.